# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIN SCREEN, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>HOLOFAN CO., LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25–cv–04151–JPR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

## PLEASE TAKE NOTICE:

The following problem(s) have been found with your electronically filed document:

|  5/8/2024  |  3  |  Request for Summons  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The summons request has a District of Delaware watermark.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

Date: May 20, 2025

By:  /s/ Jeannine Tillman
 jeannine_tillman@cacd.uscourts.gov
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**