**Shea N. Palavan** (State Bar No. 339543)
service@houstonip.com
**houstonip**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133

*Attorneys for Plaintiff,*
*Spin Screen, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

**SPIN SCREEN, INC.**,

    *Plaintiff*,

V.

**HOLOFAN CO., LLC**,

    *Defendant*.

CASE NO. 2:25-CV-04151

**(JURY TRIAL DEMANDED)**

**RULE 7.1 DISCLOSURES**

Plaintiff, Spin Screen, Inc. (hereinafter, "**Spin Screen**" or "**Plaintiff**"), by and through its undersigned counsel, hereby respectfully files this Rule 7.1 Disclosures, and states as follows:

The undersigned, counsel of record for Plaintiff, hereby respectfully certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The names of such parties are as follows:

- Spin Screen, Inc., as Plaintiff;
- Mark Gilbert, as owner of Plaintiff;
- Holofan Co., LLC, as Defendant; and
- houstonip, as Counsel for Plaintiff.

Dated: May 21, 2025

Respectfully submitted,

**houstonip**

*/s/ Shea N. Palavan*
Shea N. Palavan (State Bar No. 339543)

service@houstonip.com
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
5353 West Alabama Street, Suite 303
Houston, Texas 77056
Telephone: (832) 800-4133
Facsimile: (855) PALAVAN (725-2826)

*Attorneys for Plaintiff,*
*Spin Screen, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, per FEDERAL RULE OF CIVIL PROCEDURE 4 and 5 and this Court's Procedures, Orders, Schedule, and Rules, including CIVIL LOCAL RULES 5-3 and 5-4, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail and/or the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

Dated: May 21, 2025

/s/ *Shea N. Palavan*
Shea N. Palavan (State Bar No. 339543)