# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIN SCREEN, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>HOLOFAN CO., LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−04151−JPR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 05/21/2025 | 9 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Summons should be submitted separately

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: May 27, 2025

By: /s/ *ShaRon P Lorenzo*
 *sharon_lorenzo@cacd.uscourts.gov*
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**