BA20231389404

B2086-2343 09/03/2023 4:08 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*

# RESIGNATION OF AGENT FOR SERVICE OF PROCESS

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20231389404
Date Filed: 9/3/2023

Entity Details

| | |
|---|---|
| Entity Name | HOLOFAN CO. LLC |
| Entity No. | 202113110906 |

Resigning Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | LEGALZOOM.COM, INC.<br>Registered Corporate 1505 Agent |

☒ I confirm that I am an authorized representative of the Agent for Service of Process for the above listed entity.

Statement of Resignation

The undersigned hereby resigns as agent upon whom process may be served in California for the above named entity.

Electronic Signature

☒ I declare I am the person who signed this document, which execution is my act and deed.

*Cheyenne Moseley* — *09/03/2023*

Signature of Authorized Representative of Resigning Agent for Service of Process — Date