**California Secretary of State**
Electronic Filing

FILED
Secretary of State
State of California

# LLC Registration – Articles of Organization

| | |
|---|---|
| Entity Name: | Holofan Co. LLC |
| Entity (File) Number: | 202113110906 |
| File Date: | 05/07/2021 |
| Entity Type: | Domestic LLC |
| Jurisdiction: | California |

Detailed Filing Information

1. Entity Name: Holofan Co. LLC

2. Business Addresses:

   a. Initial Street Address of Designated Office in California:
   13681 Newport Ave, Ste 8-710
   Tustin, California 92780
   United States

   b. Initial Mailing Address:
   13681 Newport Ave, Ste 8-710
   Tustin, California 92780
   United States

3. Agent for Service of Process: LEGALZOOM.COM, INC. (C2967349)

4. Management Structure: All LLC Member(s)

5. Purpose Statement: The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer: By: Cheyenne Moseley, Assistant Secretary of Legalzoom.com, Inc.