Civil Action No. 2:25-CV-04151

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HOLOFAN CO., LLC
was received by me on *(date)* 8/14/25 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* UPS STORE CLERK, VANESSA , who is designated by law to accept service of process on behalf of *(name of organization)* HOLOFAN CO., LLC on *(date)* 8/14/2025 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/14/25

Amanda K Moore
*Server's signature*

AMANDA K. MOORE
*Printed name and title*

4221 ROSEWOOD AVE LOS ANGELES, CA 90004
*Server's address*

Additional information regarding attempted service, etc:
PACKAGE DROP-OFF RECEIPT ISSUED BY UPS STORE#1980, 13681 NEWPORT AVE STE. 8-710, TUSTIN, CA 92780. CLERK IDENTIFIED HERSELF AS VANESSA AT 7:20PM. MAILING ALSO COMPLETED BY USPS CERTIFIED MAIL. (TRACKING #9589 0710 5270 2802 4425 35) FROM LOS ANGELES, CA ON 8/15/25 AT 5 PM.

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br><br>TELEPHONE NO.: FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | ***FOR COURT USE ONLY*** |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PETITIONER/PLAINTIFF:<br>RESPONDENT/DEFENDANT:<br>OTHER PARENT/PARTY: | CASE NUMBER: |
| **PROOF OF SERVICE BY MAIL** | *(If applicable, provide)*:<br>HEARING DATE:<br>HEARING TIME:<br>DEPT.: |

**NOTICE: To serve temporary restraining orders you must use personal service (see form FL-330).**

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place. AMANDA KATHERINE MOORE
2. My residence or business address is:
   4221 ROSEWOOD AVE.
   LOS ANGELES, CA 90004
3. I served a copy of the following documents *(specify)*: SUMMONS AND COMPLAINT, PLUS EXHIBITS (379 pages total)

   by enclosing them in an envelope AND
   a. [X] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
4. The envelope was addressed and mailed as follows:
   a. Name of person served: HoLoFan Co, LLC
   b. Address: 13681 NEWPORT AVE, STE 8-710, TUSTIN, CA 92780
   c. Date mailed: 7/15/25
   d. Place of mailing *(city and state)*: LOS ANGELES, CA 90004
5. [ ] I served a request to modify a child custody, visitation, or child support judgment or permanent order which included an address verification declaration. *(Declaration Regarding Address Verification—Postjudgment Request to Modify a Child Custody, Visitation, or Child Support Order* (form FL-334) may be used for this purpose.)
6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

AMANDA K. MOORE
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PERSON COMPLETING THIS FORM)





**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

Print this form | Save this form | Clear this form

Attachments

-certified mail
receipt #9589 0710 5270
2802 4425 35
- USPS receipt
attached
- Package drop off
also logged at UPS
Store 1980 on 8/14/25
by clerk, Vanessa
- UPS STORE Business card
and package drop receipt



The UPS Store

13681 Newport Ave. Ste 8
Tustin, Ca 92780

Phone: (714) 669-5400
Fax: (714) 669-5700

Email :store1980@theupsstore.com
Website: theupsstore.com/1980

UNITED STATES POSTAL SERVICE.

OAKWOOD
265 S WESTERN AVE
LOS ANGELES, CA 90004-9998
www.usps.com

08/15/2025 04:57 PM

TRACKING NUMBERS
9589 0710 5270 2802 4425 35

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Med FR Box Tustin, CA 92780 Flat Rate Expected Delivery Date Tue 08/19/2025 | 1 | | $21.05 |
| Insurance Up to $100.00 included | | | $0.00 |
| Certified Mail® Tracking #: 9589 0710 5270 2802 4425 35 | | | $5.30 |
| Return Receipt Tracking #: 9590 9402 ... | | | $4.40 |
| Total | | | $30.75 |
| Grand Total: | | | $30.75 |

Debit Card Remit
Card Name: VISA
Account #: XXXXXXXXXXXX3613
Approval #: 788994
Transaction #: 028
Receipt #: 045723
Debit Card Purchase: $30.75
AID: A0000000980840 Contactless
: US PREPAID

TO REPORT AN ISSUE
Visit https://emailus.usps.com

Customer: JASON LI

Location: BIN
Package Type: Bag
Received On: 8/14/2025

DROP DOCUMENTS 8-14-25

710

You received a package via Other on 8/14/2025. It was received in the following condition: Good. Please bring this slip to an associate to pickup your item as soon as possible to avoid storage fees.

Please sign below in presence of an associate

Customer Signature

Print Name Today's Date

OR PARTY WITHOUT ATTORNEY (Nam

TELEPHONE NO.:
DDRESS (Optional):
RNEY FOR (Name):
RIOR COURT OF CALIFORN
ET ADDRESS:
NG ADDRESS:
ND ZIP CODE:
RANCH NAME:
PETITIONER/PLAINTIFF
PONDENT/DEFENDAN
OTHER PARENT/PAR

TICE: To serve

I am at least ... place.

My reside

3. I se

...es Postal S ... he date and ... usiness's pr ... placed for c ... a sealed en

...on, or child ... rding Addr ... FL-334) ma

State of California that the foregoing is true and

(SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
FL-335 [Rev. January 1, 2012]

PROOF OF SERVICE BY MAIL

Code of Civil Procedure, §§ 1013, 1013a
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

**Customer:** **JASON LI**

**Location:** BIN

**Package Type:** Bag

**Received On:** 8/14/2025

DROP DOCUMENTS 8-14-25

# 710

You received a package via Other on 8/14/2025. It was received in the following condition: Good. Please bring this slip to an associate to pickup your item as soon as possible to avoid storage fees.

Please sign below in presence of an associate

Customer Signature

Print Name Today's Date

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control a[illegible] customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administrati[illegible] Regulations. Diversion contrary to law is prohibited.
RRD A 052

Vanessa

The UPS Store

*Mailbox Services
*Notary Services / Mobile Notary
*Livescan / Fingerprinting Services
*Document Shredding
*Passport Photo Services
*Fax / Scanning Services
*Copying & Finishing Services
*Printing Services
*Direct Mailing
*UPS/DHL/USPS Shipping
*Packaging Services & Supplies
*Freight Services

theupsstore.com/1980

# The UPS Store

13681 Newport Ave. Ste 8
Tustin, Ca 92780

Phone: (714) 669-5400
Fax: (714) 669-5700

Email :store1980@theupsstore.com
Website: theupsstore.com/1980

**UNITED STATES POSTAL SERVICE.**

OAKWOOD
265 S WESTERN AVE
LOS ANGELES, CA 90004-9998
www.usps.com

08/15/2025 04:57 PM

TRACKING NUMBERS
9589 0710 5270 2802 4425 35

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| Priority Mail® Med FR Box | 1 | | $21.05 |
| Tustin, CA 92780 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Tue 08/19/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: 9589 0710 5270 2802 4425 35 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: 9590 9402 9350 5002 9457 27 | | | |
| Total | | | $30.75 |

Grand Total: $30.75

Debit Card Remit $30.75
Card Name: VISA
Account #: XXXXXXXXXXXX3613
Approval #: 788994
Transaction #: 028
Receipt #: 045723
Debit Card Purchase: $30.75
AID: A0000000980840 Contactless
AL: US PREPAID

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 054545-0004
Receipt #: 840-59000005-2-8304081-2
Clerk: 38


RECEIPT
For delivery information, visit our website at www.usps.com®.
Tustin, CA 92780
Certified Mail Fee
$5.30
Extra Services & Fees (check box, add fee as appropriate)
Return Receipt (hardcopy) $0.00
Return Receipt (electronic) $0.00
Certified Mail Restricted Delivery $0.00
Adult Signature Required $0.00
Adult Signature Restricted Delivery $0.00
Postage
$21.05
Total Postage and Fees
$30.75
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions
Postmark Here
0004
38
08/15/2025
NAT KING COLE STA
AUG 15 2025
LOS ANGELES, CA 90004 USPS
9589 0710 5270 2802 2082 41
ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number,
$30.75
$30.75
$21.05
Contactless

9589 0710 5270 2802 442

RECEIPT

Only

For delivery information, visit our website at www.usps.com®.

Tustin, CA 92780

| | | |
|---|---|---|
| Certified Mail Fee $ | $5.30 | 0004 |
| | $4.40 | 38 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $21.05 | |
| Total Postage and Fees $ | $30.75 | 08/15/2025 |

LOS ANGELES CA 90004 USPS NAT KING COLE STA AUG 15 2025

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

# HOLOFAN CO LLC

**Date：2024-8-26**

**Product Model Number: F30, F65, F80, F100, S6, S9, S10, S15, S20, P65, HDMI65, HDMI70**
**FCC ID：2BH6Z-F30**

To whom it may concern,

**Re: Product Certification Representative Authorization Letter**

We authorize QAI Laboratories Ltd. 3980 North Fraser Way, Burnaby B.C. Canada V5J 5K5 to act on our behalf on all matters concerning the above named equipment.

This shall include the following:

- Testing
- Approval applications and procedures

We declare that ***ORGANIZATION***. is allowed to forward all information related to the approval project to the applied certification body and to the notification entities and to discuss any issues concerning the approval application. Any and all acts carried out by ***ORGANIZATION***. on our behalf shall have the same effect as acts of our own.

By: Jason Li
**Contact Listed on FCC Wesbite**

Title: CEO
Email: jasonli1994@yahoo.com
Telephone: (626) 382-6744
On behalf of: HOLOFAN CO LLC

1:19

FCC.report

# 2BH6Z-F30

## FCC ID

## Equipment:

## HOLOFAN CO LLC -F30

12755 BROOKHURST ST STE 206, GARDEN GROVE, CA 92840 United States

FCC.report › / FCC ID › / HOLOFAN CO LLC › / 2BH6Z-F30

| Application Frequency Range | Final Action Date | Granted |
|---|---|---|
| Jz+LFEwUCo4F9fL38+t6o 2402.0-2480.0 | 2024-09-03 | APPROVED |
| Jz+LFEwUCo4F9fL38+t6o 2412.0-2462.0 | 2024-09-03 | APPROVED |

| File Name | Document Type | Date | Direct |
|---|---|---|---|
| US agent | Attestatio | 2024-09- | pdf |

fcc.report