**From:** Shea Palavan
**Sent:** Thursday, August 13, 2026 09:16
**To:** rdebodo@bartonesq.com
**Cc:** Service; Shea Palavan
**Subje** FW: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS - Follow-up on Status of Defendant

Richard,

Per below, I am reaching out to determine whether you still represent Holofan, or if there is another point of contact you can point me to.

---

**Shea N. Palavan**
**houstonip**
shea@houstonip.com | (832) 800-4133 (Work) | (855) PALAVAN [725-2826] (Fax)
Bar No.: 24083616 (Texas) | 339543 (California) | 59734 (Washington) | 5990221 (New York)

INTERNET, E-MAIL, AND HEALTHCARE CONFIDENTIALITY AND PRIVACY NOTICE:
THIS COMMUNICATION/TRANSMISSION, AND ANY ACCOMPANYING DOCUMENTS/ATTACHMENTS, WHETHER IN ELECTRONIC FORM AND/OR PRINTED/WRITTEN FORM, (COLLECTIVELY, THIS ?MESSAGE?) ARE, OR MAY COMPRISE, CONFIDENTIAL INFORMATION THAT IS, OR MAY BE, LEGALLY PRIVILEGED, INCLUDING SUBJECT TO THE ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGE; INFORMATION CONSTITUTING ATTORNEY WORK PRODUCT; ANY APPLICABLE DOCTOR-PATIENT, PHARMACIST-PATIENT, AND/OR PSYCHOLOGIST-PATIENT PRIVILEGE; INFORMATION CONSTITUTING PRIVATE/PROTECTED PATIENT INFORMATION; STRICTLY CONFIDENTIAL INFORMATION; AND/OR INFORMATION OTHERWISE EXEMPT AND/OR PROTECTED FROM DISCLOSURE, INCLUDING UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"), PUBLIC LAW 104-191; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION ("SAMHSA") REGULATIONS, 42 C.F.R. PART 2; FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT ("FERPA") REGULATIONS, 34 C.F.R. PART 99; FAMILY PLANNING REGULATIONS, 42 C.F.R. ? 59.11; THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. ?? 2510-2521; AND/OR OTHER APPLICABLE LAWS, REGULATIONS, AND/OR GUIDELINES. THIS MESSAGE IS INTENDED SOLELY FOR THE USE BY, OF, AND/OR FOR THE PERSON(S) AND/OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS MESSAGE, AND/OR ANY INFORMATION INCLUDED HEREWITH, IS NOT THE PROPER OR NAMED RECIPIENT, OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE NAMED RECIPIENT: 1) PLEASE IMMEDIATELY NOTIFY THE SENDER THAT YOU HAVE RECEIVED THIS MESSAGE IN ERROR; AND 2) THEN DELETE THE ENTIRETY OF THIS MESSAGE WITHOUT COPYING OR READING THEM. SCILICET, YOU MAY NOT READ, DISCLOSE, DISTRIBUTE, PRINT, COPY, AND/OR OTHERWISE REVIEW AND/OR DISSEMINATE THIS MESSAGE, OR THE INFORMATION CONTAINED HEREIN, UNLESS AUTHORIZED TO DO SO BY THE SENDER OR INTENDED RECIPIENT, AND YOU ARE HEREBY NOTIFIED THAT ANY SUCH PROHIBITED REVIEW AND/OR DISSEMINATION, AND/OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS MESSAGE IS STRICTLY PROHIBITED. ANY SUCH UNAUTHORIZED AND/OR PROHIBITED REVIEW, DISSEMINATION, AND/OR INTERCEPTION OF THIS MESSAGE MAY CONSTITUTE A VIOLATION OF FEDERAL AND/OR STATE LAWS AND SUBJECT YOU TO CIVIL AND/OR CRIMINAL PENALTIES. FURTHER, IF NO PRIOR ATTORNEY-CLIENT AND/OR OTHER RELATIONSHIP EXISTS, THIS E-MAIL IS NOT INTENDED TO, AND DOES NOT, CREATE ONE, UNLESS STATED OTHERWISE.

**From:** Eric Scott <eric.scott@rimonlaw.com>
**Sent:** Wednesday, August 12, 2026 15:09
**To:** Shea Palavan <shea@houstonip.com>; 'service@mousillilaw.com' <service@mousillilaw.com>
**Cc:** Management Team <management@rimonlaw.com>; Office of General Counsel <OfficeofGeneralCounsel@rimonlaw.com>
**Subject:** Re: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS - Follow-up on Status of Defendant

Hi Shea,

Thank you for your message. Richard de Bodo is no longer employed by or affiliated with Rimon.

There is no replacement or assigned counsel at Rimon regarding this matter. To ensure you continue to communicate with Richard de Bodo regarding this matter, you can find his updated affiliation below.

**Richard de Bodo**
Partner
Barton LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401
Tel: 212-687-6262 | Direct Dial: 424-850-8799
rdebodo@bartonesq.com | www.bartonesq.com |

Richard de Bodo - Barton LLP

All the best,
Eric

Book time to meet with me

---

**From:** Shea Palavan <shea@houstonip.com>
**Sent:** Wednesday, August 12, 2026 12:34 PM
**To:** Billing <billing@rimonlaw.com>; Data Transfers <datatransfers@rimonlaw.com>; Management Team <management@rimonlaw.com>
**Cc:** 'service@mousillilaw.com' <service@mousillilaw.com>; Shea Palavan <shea@houstonip.com>
**Subject:** RE: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS - Follow-up on Status of Defendant

Some people who received this message don't often get email from shea@houstonip.com. Learn why this is important

Rimon Law Team,

I was previously communicating with Richard regarding the subject case, but got the following auto-reply when emailing today:

Richard de Bodo is no longer with Rimon. If you have an issue regarding billing or for a reimbursement of a retainer or trust funds, please contact billing@rimonlaw.com. If you have an issue regarding transfer of your files, please contact datatransfers@rimonlaw.com. If you are trying to contact a Rimon attorney to take over management of your engagement, please contact management@rimonlaw.com. Thank you and best regards.

Unfortunately, there is no information provided as to who would be replacement counsel, so I am emailing all listed addresses and request both an update on assigned counsel for this case and a response to my email by **end of the week**, thanks!

---

**Shea N. Palavan**
**houstonip**
shea@houstonip.com | (832) 800-4133 (Work) | (855) PALAVAN [725-2826] (Fax)
Bar No.: 24083616 (Texas) | 339543 (California) | 59734 (Washington) | 5990221 (New York)

INTERNET, E-MAIL, AND HEALTHCARE CONFIDENTIALITY AND PRIVACY NOTICE:
THIS COMMUNICATION/TRANSMISSION, AND ANY ACCOMPANYING DOCUMENTS/ATTACHMENTS, WHETHER IN ELECTRONIC FORM AND/OR PRINTED/WRITTEN FORM, (COLLECTIVELY, THIS ?MESSAGE?) ARE, OR MAY COMPRISE, CONFIDENTIAL INFORMATION THAT IS, OR MAY BE, LEGALLY PRIVILEGED, INCLUDING SUBJECT TO THE ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGE; INFORMATION CONSTITUTING ATTORNEY WORK PRODUCT; ANY APPLICABLE DOCTOR-PATIENT, PHARMACIST-PATIENT, AND/OR PSYCHOLOGIST-PATIENT PRIVILEGE; INFORMATION CONSTITUTING PRIVATE/PROTECTED PATIENT INFORMATION; STRICTLY CONFIDENTIAL INFORMATION; AND/OR INFORMATION OTHERWISE EXEMPT AND/OR PROTECTED FROM DISCLOSURE, INCLUDING UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"), PUBLIC LAW 104-191; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION ("SAMHSA") REGULATIONS, 42 C.F.R. PART 2; FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT ("FERPA") REGULATIONS, 34 C.F.R. PART 99; FAMILY PLANNING REGULATIONS, 42 C.F.R. ? 59.11; THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. ?? 2510-2521; AND/OR OTHER APPLICABLE LAWS, REGULATIONS, AND/OR GUIDELINES. THIS MESSAGE IS INTENDED SOLELY FOR THE USE BY, OF, AND/OR FOR THE PERSON(S) AND/OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS MESSAGE, AND/OR ANY INFORMATION INCLUDED HEREWITH, IS NOT THE PROPER OR NAMED RECIPIENT, OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE NAMED RECIPIENT: 1) PLEASE IMMEDIATELY NOTIFY THE SENDER THAT YOU HAVE RECEIVED THIS MESSAGE IN ERROR; AND 2) THEN DELETE THE ENTIRETY OF THIS MESSAGE WITHOUT COPYING OR READING THEM. SCILICET, YOU MAY NOT READ, DISCLOSE, DISTRIBUTE, PRINT, COPY, AND/OR OTHERWISE REVIEW AND/OR DISSEMINATE THIS MESSAGE, OR THE INFORMATION CONTAINED HEREIN, UNLESS AUTHORIZED TO DO SO BY THE SENDER OR INTENDED RECIPIENT, AND YOU ARE HEREBY NOTIFIED THAT ANY SUCH PROHIBITED REVIEW AND/OR DISSEMINATION, AND/OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS MESSAGE IS STRICTLY PROHIBITED. ANY SUCH UNAUTHORIZED AND/OR PROHIBITED REVIEW, DISSEMINATION, AND/OR INTERCEPTION OF THIS MESSAGE MAY CONSTITUTE A VIOLATION OF FEDERAL AND/OR STATE LAWS AND SUBJECT YOU TO CIVIL AND/OR CRIMINAL PENALTIES. FURTHER, IF NO PRIOR ATTORNEY-CLIENT AND/OR OTHER RELATIONSHIP EXISTS, THIS E-MAIL IS NOT INTENDED TO, AND DOES NOT, CREATE ONE, UNLESS STATED OTHERWISE.

---

**From:** Shea Palavan
**Sent:** Wednesday, August 12, 2026 12:30
**To:** Richard de Bodo <rdebodo@rimonlaw.com>

**Cc:** 'service@mousillilaw.com' <service@mousillilaw.com>; Shea Palavan <shea@houstonip.com>
**Subject:** RE: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS - Follow-up on Status of Defendant

We have still not heard back regarding financial information from Defendant in order to facilitate settlement.

If cannot provide them by the end of this week, please either provide a date certain that you will provide same or provide a time for a meet and confer regarding Plaintiff's motion for substitute service unless you are willing to waive service at this time, thanks!

---

**Shea N. Palavan**
**houstonip**
shea@houstonip.com | (832) 800-4133 (Work) | (855) PALAVAN [725-2826] (Fax)
Bar No.: 24083616 (Texas) | 339543 (California) | 59734 (Washington) | 5990221 (New York)

INTERNET, E-MAIL, AND HEALTHCARE CONFIDENTIALITY AND PRIVACY NOTICE:
THIS COMMUNICATION/TRANSMISSION, AND ANY ACCOMPANYING DOCUMENTS/ATTACHMENTS, WHETHER IN ELECTRONIC FORM AND/OR PRINTED/WRITTEN FORM, (COLLECTIVELY, THIS ?MESSAGE?) ARE, OR MAY COMPRISE, CONFIDENTIAL INFORMATION THAT IS, OR MAY BE, LEGALLY PRIVILEGED, INCLUDING SUBJECT TO THE ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGE; INFORMATION CONSTITUTING ATTORNEY WORK PRODUCT; ANY APPLICABLE DOCTOR-PATIENT, PHARMACIST-PATIENT, AND/OR PSYCHOLOGIST-PATIENT PRIVILEGE; INFORMATION CONSTITUTING PRIVATE/PROTECTED PATIENT INFORMATION; STRICTLY CONFIDENTIAL INFORMATION; AND/OR INFORMATION OTHERWISE EXEMPT AND/OR PROTECTED FROM DISCLOSURE, INCLUDING UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"), PUBLIC LAW 104-191; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION ("SAMHSA") REGULATIONS, 42 C.F.R. PART 2; FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT ("FERPA") REGULATIONS, 34 C.F.R. PART 99; FAMILY PLANNING REGULATIONS, 42 C.F.R. ? 59.11; THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. ?? 2510-2521; AND/OR OTHER APPLICABLE LAWS, REGULATIONS, AND/OR GUIDELINES. THIS MESSAGE IS INTENDED SOLELY FOR THE USE BY, OF, AND/OR FOR THE PERSON(S) AND/OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS MESSAGE, AND/OR ANY INFORMATION INCLUDED HEREWITH, IS NOT THE PROPER OR NAMED RECIPIENT, OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE NAMED RECIPIENT: 1) PLEASE IMMEDIATELY NOTIFY THE SENDER THAT YOU HAVE RECEIVED THIS MESSAGE IN ERROR; AND 2) THEN DELETE THE ENTIRETY OF THIS MESSAGE WITHOUT COPYING OR READING THEM. SCILICET, YOU MAY NOT READ, DISCLOSE, DISTRIBUTE, PRINT, COPY, AND/OR OTHERWISE REVIEW AND/OR DISSEMINATE THIS MESSAGE, OR THE INFORMATION CONTAINED HEREIN, UNLESS AUTHORIZED TO DO SO BY THE SENDER OR INTENDED RECIPIENT, AND YOU ARE HEREBY NOTIFIED THAT ANY SUCH PROHIBITED REVIEW AND/OR DISSEMINATION, AND/OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS MESSAGE IS STRICTLY PROHIBITED. ANY SUCH UNAUTHORIZED AND/OR PROHIBITED REVIEW, DISSEMINATION, AND/OR INTERCEPTION OF THIS MESSAGE MAY CONSTITUTE A VIOLATION OF FEDERAL AND/OR STATE LAWS AND SUBJECT YOU TO CIVIL AND/OR CRIMINAL PENALTIES. FURTHER, IF NO PRIOR ATTORNEY-CLIENT AND/OR OTHER RELATIONSHIP EXISTS, THIS E-MAIL IS NOT INTENDED TO, AND DOES NOT, CREATE ONE, UNLESS STATED OTHERWISE.

**From:** Shea Palavan <shea@houstonip.com>
**Sent:** Thursday, January 15, 2026 05:34
**To:** Richard de Bodo <rdebodo@rimonlaw.com>
**Cc:** Shea Palavan <shea@houstonip.com>
**Subject:** RE: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS - Follow-up on Status of Defendant

**CONFIDENTIAL AND PRIVLEGED SETTLEMENT COMMUNICATION**
**SUBJECT TO FRE 408 AND NOT TO BE USED FOR ANY PURPOSE EXCEPT SETTLEMENT**
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Richard,

Plaintiff is fine providing the attached prior license subject to the above limitations, including designating same as AEO as if a protective order is in place.

As for a draft license, I can send one later this week, but it will not be complete, as we have not received any financials from Defendant which would permit us to determine an amount.

---

**Shea N. Palavan**
**houstonip**
shea@houstonip.com | (832) 800-4133 (Work) | (855) PALAVAN [725-2826] (Fax)
Bar Nos.: 24083616 (Texas); 339543 (California); 59734 (Washington); 5990221 (New York)

***INTERNET, E-MAIL, AND HEALTHCARE CONFIDENTIALITY AND PRIVACY NOTICE:***
*THIS COMMUNICATION/TRANSMISSION, AND ANY ACCOMPANYING DOCUMENTS/ATTACHMENTS, WHETHER IN ELECTRONIC FORM AND/OR PRINTED/WRITTEN FORM, (COLLECTIVELY, THIS "MESSAGE") ARE, OR MAY COMPRISE, CONFIDENTIAL INFORMATION THAT IS, OR MAY BE, LEGALLY PRIVILEGED, INCLUDING SUBJECT TO THE ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGE; INFORMATION CONSTITUTING ATTORNEY WORK PRODUCT; ANY APPLICABLE DOCTOR-PATIENT, PHARMACIST-PATIENT, AND/OR PSYCHOLOGIST-PATIENT PRIVILEGE; INFORMATION CONSTITUTING PRIVATE/PROTECTED PATIENT INFORMATION; STRICTLY CONFIDENTIAL INFORMATION; AND/OR INFORMATION OTHERWISE EXEMPT AND/OR PROTECTED FROM DISCLOSURE, INCLUDING UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"), PUBLIC LAW 104-191; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION ("SAMHSA") REGULATIONS, 42 C.F.R. PART 2; FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT ("FERPA") REGULATIONS, 34 C.F.R. PART 99; FAMILY PLANNING REGULATIONS, 42 C.F.R. § 59.11; THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521; AND/OR OTHER APPLICABLE LAWS, REGULATIONS, AND/OR GUIDELINES. THIS MESSAGE IS INTENDED SOLELY FOR THE USE BY, OF,*

*AND/OR FOR THE PERSON(S) AND/OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS MESSAGE, AND/OR ANY INFORMATION INCLUDED HEREWITH, IS NOT THE PROPER OR NAMED RECIPIENT, OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE NAMED RECIPIENT: 1) PLEASE IMMEDIATELY NOTIFY THE SENDER THAT YOU HAVE RECEIVED THIS MESSAGE IN ERROR; AND 2) THEN DELETE THE ENTIRETY OF THIS MESSAGE WITHOUT COPYING OR READING THEM. SCILICET, YOU MAY NOT READ, DISCLOSE, DISTRIBUTE, PRINT, COPY, AND/OR OTHERWISE REVIEW AND/OR DISSEMINATE THIS MESSAGE, OR THE INFORMATION CONTAINED HEREIN, UNLESS AUTHORIZED TO DO SO BY THE SENDER OR INTENDED RECIPIENT, AND YOU ARE HEREBY NOTIFIED THAT ANY SUCH PROHIBITED REVIEW AND/OR DISSEMINATION, AND/OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS MESSAGE IS STRICTLY PROHIBITED. ANY SUCH UNAUTHORIZED AND/OR PROHIBITED REVIEW, DISSEMINATION, AND/OR INTERCEPTION OF THIS MESSAGE MAY CONSTITUTE A VIOLATION OF FEDERAL AND/OR STATE LAWS AND SUBJECT YOU TO CIVIL AND/OR CRIMINAL PENALTIES. FURTHER, IF NO PRIOR ATTORNEY-CLIENT AND/OR OTHER RELATIONSHIP EXISTS, THIS E-MAIL IS NOT INTENDED TO, AND DOES NOT, CREATE ONE, UNLESS STATED OTHERWISE.*

---

**From:** Richard de Bodo <rdebodo@rimonlaw.com>
**Sent:** Friday, January 9, 2026 13:09
**To:** Shea Palavan <shea@houstonip.com>
**Subject:** Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS - Follow-up on Status of Defendant

**CONFIDENTIAL AND PRIVLEGED SETTLEMENT COMMUNICATION**
**SUBJECT TO FRE 408 AND NOT TO BE USED FOR ANY PURPOSE EXCEPT SETTLEMENT**

Shea,

Can you please send a proposed license agreement relating to Spin Screen’s patents and copies of the license agreements Spin Screen previously entered?

Rich

**Richard de Bodo** | Partner

RIMÔN

o +1 310.943.7301 | m +1 310.251.3096 | rdebodo@rimonlaw.com
Los Angeles Office: 2029 Century Park East, Suite 400N, Los Angeles, CA 90067
DC Office: 1050 Connecticut Ave NW, Suite 500, Washington, D.C.

www.rimonlaw.com | See Our International Offices | Read Our Insights

Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Shea Palavan <shea@houstonip.com>
**Sent:** Friday, January 9, 2026 12:04 AM
**To:** Richard de Bodo <rdebodo@rimonlaw.com>
**Cc:** Service <service@houstonip.com>; Shea Palavan <shea@houstonip.com>
**Subject:** RE: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS - Follow-up on Status of Defendant

We have not heard from anyone for months – nor have we received any kind of financial information upon which we can base an offer. If Holofan is serious about resolving this without litigation, it will need to pull its chair closer to the table.

**Shea N. Palavan**
**houstonip**
shea@houstonip.com | (832) 800-4133 (Work) | (855) PALAVAN [725-2826] (Fax)
Bar Nos.: 24083616 (Texas); 339543 (California); 59734 (Washington); 5990221 (New York)

***INTERNET, E-MAIL, AND HEALTHCARE CONFIDENTIALITY AND PRIVACY NOTICE:***
*THIS COMMUNICATION/TRANSMISSION, AND ANY ACCOMPANYING DOCUMENTS/ATTACHMENTS, WHETHER IN ELECTRONIC FORM AND/OR PRINTED/WRITTEN FORM, (COLLECTIVELY, THIS “MESSAGE”) ARE, OR MAY COMPRISE, CONFIDENTIAL INFORMATION THAT IS, OR MAY BE, LEGALLY PRIVILEGED, INCLUDING SUBJECT TO THE ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGE; INFORMATION CONSTITUTING ATTORNEY WORK PRODUCT; ANY APPLICABLE DOCTOR-PATIENT, PHARMACIST-PATIENT, AND/OR PSYCHOLOGIST-PATIENT PRIVILEGE; INFORMATION CONSTITUTING PRIVATE/PROTECTED PATIENT INFORMATION; STRICTLY CONFIDENTIAL INFORMATION; AND/OR INFORMATION OTHERWISE EXEMPT AND/OR PROTECTED FROM DISCLOSURE, INCLUDING UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"), PUBLIC LAW 104-191; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION ("SAMHSA") REGULATIONS, 42 C.F.R. PART 2; FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT ("FERPA") REGULATIONS, 34 C.F.R. PART 99; FAMILY PLANNING REGULATIONS, 42 C.F.R. § 59.11; THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521; AND/OR OTHER APPLICABLE LAWS, REGULATIONS, AND/OR GUIDELINES. THIS MESSAGE IS INTENDED SOLELY FOR THE USE BY, OF, AND/OR FOR THE PERSON(S) AND/OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS MESSAGE, AND/OR ANY INFORMATION INCLUDED HEREWITH, IS NOT THE PROPER OR NAMED RECIPIENT, OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE NAMED RECIPIENT: 1) PLEASE IMMEDIATELY NOTIFY THE SENDER THAT YOU HAVE RECEIVED THIS MESSAGE IN ERROR; AND 2) THEN DELETE THE ENTIRETY OF THIS MESSAGE WITHOUT COPYING OR READING THEM. SCILICET, YOU MAY NOT READ, DISCLOSE, DISTRIBUTE, PRINT, COPY, AND/OR OTHERWISE REVIEW AND/OR DISSEMINATE THIS MESSAGE, OR THE INFORMATION CONTAINED HEREIN, UNLESS AUTHORIZED TO DO SO BY THE SENDER OR INTENDED RECIPIENT, AND YOU ARE HEREBY NOTIFIED THAT ANY SUCH PROHIBITED REVIEW AND/OR DISSEMINATION, AND/OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS MESSAGE IS STRICTLY PROHIBITED. ANY SUCH UNAUTHORIZED AND/OR PROHIBITED REVIEW, DISSEMINATION, AND/OR INTERCEPTION OF THIS MESSAGE MAY CONSTITUTE A VIOLATION OF FEDERAL AND/OR STATE LAWS AND SUBJECT YOU TO CIVIL AND/OR CRIMINAL PENALTIES. FURTHER, IF NO PRIOR ATTORNEY-CLIENT AND/OR OTHER RELATIONSHIP EXISTS, THIS E-MAIL IS NOT INTENDED TO, AND DOES NOT, CREATE ONE, UNLESS STATED OTHERWISE.*

**From:** Richard de Bodo <rdebodo@rimonlaw.com>
**Sent:** Thursday, January 8, 2026 15:42
**To:** Shea Palavan <shea@houstonip.com>
**Subject:** Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS - Follow-up on Status of Defendant

Shea,

I received your email and reached out to our client, who may be overseas. As discussed previously, my understanding is that our client would like to discuss resolving the matter without litigation or Court involvement.

Rich

**Richard de Bodo** | Partner
RIMÔN
o +1 310.943.7301 | m +1 310.251.3096 | rdebodo@rimonlaw.com
Los Angeles Office: 2029 Century Park East, Suite 400N, Los Angeles, CA 90067
DC Office: 1050 Connecticut Ave NW, Suite 500, Washington, D.C.
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on **LinkedIn** | Like us on **Facebook**
*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

**From:** Shea Palavan <shea@houstonip.com>
**Sent:** Wednesday, January 7, 2026 6:14 PM
**To:** Richard de Bodo <rdebodo@rimonlaw.com>
**Cc:** Service <service@houstonip.com>; Shea Palavan <shea@houstonip.com>
**Subject:** RE: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS - Follow-up on Status of Defendant

Richard,

Having not heard back from you, or anyone else on behalf of Holofan, Plaintiff seeks to move this case forward. As such, Plaintiff will be filing a return of service based on Plaintiff's service attempts, including hand-delivery service to the listed UPS address on California's Secretary of State website and certified mail sent to Holofan's listed addresses.

Please let me know if Holofan is amenable to waiving service, or if Plaintiff should proceed with requesting relief from the Court, thanks!

**Shea N. Palavan**
**houstonip**
shea@houstonip.com | (832) 800-4133 (Work) | (855) PALAVAN [725-2826] (Fax)
Bar Nos.: 24083616 (Texas); 339543 (California); 59734 (Washington); 5990221 (New York)

***Internet, E-Mail, and Healthcare Confidentiality and Privacy Notice:***
*This communication/transmission, and any accompanying documents/attachments, whether in electronic form and/or printed/written form, (collectively, this "message") are, or may comprise, confidential information that is, or may be, legally privileged, including subject to the attorney-client and/or work product privilege; information constituting attorney work product; any applicable doctor-patient, pharmacist-patient, and/or psychologist-patient privilege; information constituting private/protected patient information; strictly confidential information; and/or information otherwise exempt and/or protected from disclosure, including under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Public Law 104-191; Substance Abuse and Mental Health Services Administration ("SAMHSA") regulations, 42 C.F.R. Part 2; Family Educational Rights and Privacy Act ("FERPA") regulations, 34 C.F.R. Part 99; Family Planning regulations, 42 C.F.R. § 59.11; the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521; and/or other applicable laws, regulations, and/or guidelines. This message is intended solely for the use by, of, and/or for the person(s) and/or entity to whom it is addressed. If the reader of this message, and/or any information included herewith, is not the proper or named recipient, or an employee or agent responsible for delivering this message to the named recipient: 1) please immediately notify the sender that you have received this message in error; and 2) then delete the entirety of this message without copying or reading them. Scilicet, you may not read, disclose, distribute, print, copy, and/or otherwise review and/or disseminate this message, or the information contained herein, unless authorized to do so by the sender or intended recipient, and you are hereby notified that any such prohibited review and/or dissemination, and/or the taking of any action in reliance on the contents*

OF THIS MESSAGE IS STRICTLY PROHIBITED. ANY SUCH UNAUTHORIZED AND/OR PROHIBITED REVIEW, DISSEMINATION, AND/OR INTERCEPTION OF THIS MESSAGE MAY CONSTITUTE A VIOLATION OF FEDERAL AND/OR STATE LAWS AND SUBJECT YOU TO CIVIL AND/OR CRIMINAL PENALTIES. FURTHER, IF NO PRIOR ATTORNEY-CLIENT AND/OR OTHER RELATIONSHIP EXISTS, THIS E-MAIL IS NOT INTENDED TO, AND DOES NOT, CREATE ONE, UNLESS STATED OTHERWISE.

**From:** Richard de Bodo <rdebodo@rimonlaw.com>
**Sent:** Tuesday, September 9, 2025 10:53
**To:** Shea Palavan <shea@houstonip.com>
**Subject:** RE: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS

Thank you. I just tried calling and left you a message. I am available to talk at 310.251.3096.

**Richard de Bodo** | Partner

RIMÔN

o +1 310.943.7301 | m +1 310.251.3096 | rdebodo@rimonlaw.com
Los Angeles Office: 2029 Century Park East, Suite 400N, Los Angeles, CA 90067
DC Office: 1050 Connecticut Ave NW, Suite 500, Washington, D.C.

www.rimonlaw.com | See Our International Offices | Read Our Insights

Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

**From:** Shea Palavan <shea@houstonip.com>
**Sent:** Monday, September 8, 2025 1:15 PM
**To:** Richard de Bodo <rdebodo@rimonlaw.com>
**Cc:** Shea Palavan <shea@houstonip.com>
**Subject:** RE: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS

Any time after 10am CT works for me.

**Shea N. Palavan**
**houstonip**
shea@houstonip.com | (832) 800-4133 (Work) | (855) PALAVAN [725-2826] (Fax)
Bar Nos.: 24083616 (Texas); 339543 (California); 59734 (Washington); 5990221 (New York)

***INTERNET, E-MAIL, AND HEALTHCARE CONFIDENTIALITY AND PRIVACY NOTICE:***
THIS COMMUNICATION/TRANSMISSION, AND ANY ACCOMPANYING DOCUMENTS/ATTACHMENTS, WHETHER IN ELECTRONIC FORM AND/OR PRINTED/WRITTEN FORM, (COLLECTIVELY, THIS "MESSAGE") ARE, OR MAY COMPRISE, CONFIDENTIAL INFORMATION THAT IS, OR MAY BE, LEGALLY PRIVILEGED, INCLUDING SUBJECT TO THE ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGE; INFORMATION CONSTITUTING ATTORNEY WORK PRODUCT; ANY APPLICABLE DOCTOR-PATIENT, PHARMACIST-PATIENT, AND/OR PSYCHOLOGIST-PATIENT PRIVILEGE; INFORMATION CONSTITUTING PRIVATE/PROTECTED PATIENT INFORMATION; STRICTLY CONFIDENTIAL INFORMATION; AND/OR INFORMATION OTHERWISE EXEMPT AND/OR PROTECTED FROM DISCLOSURE, INCLUDING UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"), PUBLIC LAW 104-191; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION ("SAMHSA") REGULATIONS, 42 C.F.R. PART 2; FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT ("FERPA") REGULATIONS, 34 C.F.R. PART 99; FAMILY PLANNING REGULATIONS, 42 C.F.R. § 59.11; THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. §§ 2510-2521; AND/OR OTHER APPLICABLE LAWS, REGULATIONS, AND/OR GUIDELINES. THIS MESSAGE IS INTENDED SOLELY FOR THE USE BY, OF, AND/OR FOR THE PERSON(S) AND/OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS MESSAGE, AND/OR ANY INFORMATION INCLUDED HEREWITH, IS NOT THE PROPER OR NAMED RECIPIENT, OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE NAMED RECIPIENT: 1) PLEASE IMMEDIATELY NOTIFY THE SENDER THAT YOU HAVE RECEIVED THIS MESSAGE IN ERROR; AND 2) THEN DELETE THE ENTIRETY OF THIS MESSAGE WITHOUT COPYING OR READING THEM. SCILICET, YOU MAY NOT READ, DISCLOSE, DISTRIBUTE, PRINT, COPY, AND/OR OTHERWISE REVIEW AND/OR DISSEMINATE THIS MESSAGE, OR THE INFORMATION CONTAINED HEREIN, UNLESS AUTHORIZED TO DO SO BY THE SENDER OR INTENDED RECIPIENT, AND YOU ARE HEREBY NOTIFIED THAT ANY SUCH PROHIBITED REVIEW AND/OR DISSEMINATION, AND/OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS MESSAGE IS STRICTLY PROHIBITED. ANY SUCH UNAUTHORIZED AND/OR PROHIBITED REVIEW, DISSEMINATION, AND/OR INTERCEPTION OF THIS MESSAGE MAY CONSTITUTE A VIOLATION OF FEDERAL AND/OR STATE LAWS AND SUBJECT YOU TO CIVIL AND/OR CRIMINAL PENALTIES. FURTHER, IF NO PRIOR ATTORNEY-CLIENT AND/OR OTHER RELATIONSHIP EXISTS, THIS E-MAIL IS NOT INTENDED TO, AND DOES NOT, CREATE ONE, UNLESS STATED OTHERWISE.

**From:** Richard de Bodo <rdebodo@rimonlaw.com>
**Sent:** Monday, September 8, 2025 11:55
**To:** Shea Palavan <shea@houstonip.com>
**Subject:** RE: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS

Thanks for responding. I am tied up in meetings today. Are you available tomorrow?

Rich de Bodo

**Richard de Bodo** | Partner

RIMÔN

o +1 310.943.7301 | m +1 310.251.3096 | rdebodo@rimonlaw.com
Los Angeles Office: 2029 Century Park East, Suite 400N, Los Angeles, CA 90067
DC Office: 1050 Connecticut Ave NW, Suite 500, Washington, D.C.

www.rimonlaw.com | See Our International Offices | Read Our Insights

Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

**From:** Shea Palavan <shea@houstonip.com>
**Sent:** Sunday, September 7, 2025 9:02 PM
**To:** Richard de Bodo <rdebodo@rimonlaw.com>
**Cc:** Shea Palavan <shea@houstonip.com>
**Subject:** RE: Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS

Let's talk tomorrow, Monday, September 8. Let me know what time works, and I will call then.

**Shea N. Palavan**

**houstonip**

shea@houstonip.com | (832) 800-4133 (Work) | (855) PALAVAN [725-2826] (Fax)
Bar Nos.: 24083616 (Texas); 339543 (California); 59734 (Washington); 5990221 (New York)

***Internet, E-Mail, and Healthcare Confidentiality and Privacy Notice:***

*This communication/transmission, and any accompanying documents/attachments, whether in electronic form and/or printed/written form, (collectively, this "message") are, or may comprise, confidential information that is, or may be, legally privileged, including subject to the attorney-client and/or work product privilege; information constituting attorney work product; any applicable doctor-patient, pharmacist-patient, and/or psychologist-patient privilege; information constituting private/protected patient information; strictly confidential information; and/or information otherwise exempt and/or protected from disclosure, including under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Public Law 104-191; Substance Abuse and Mental Health Services Administration ("SAMHSA") regulations, 42 C.F.R. Part 2; Family Educational Rights and Privacy Act ("FERPA") regulations, 34 C.F.R. Part 99; Family Planning regulations, 42 C.F.R. § 59.11; the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521; and/or other applicable laws, regulations, and/or guidelines. This message is intended solely for the use by, of, and/or for the person(s) and/or entity to whom it is addressed. If the reader of this message, and/or any information included herewith, is not the proper or named recipient, or an employee or agent responsible for delivering this message to the named recipient: 1) please immediately notify the sender that you have received this message in error; and 2) then delete the entirety of this message without copying or reading them. Scilicet, you may not read, disclose, distribute, print, copy, and/or otherwise review and/or disseminate this message, or the information contained herein, unless authorized to do so by the sender or intended recipient, and you are hereby notified that any such prohibited review and/or dissemination, and/or the taking of any action in reliance on the contents of this message is strictly prohibited. Any such unauthorized and/or prohibited review, dissemination, and/or interception of this message may constitute a violation of federal and/or state laws and subject you to civil and/or criminal penalties. Further, if no prior attorney-client and/or other relationship exists, this e-mail is not intended to, and does not, create one, unless stated otherwise.*

**From:** Richard de Bodo <rdebodo@rimonlaw.com>
**Sent:** Friday, September 5, 2025 13:33
**To:** Shea Palavan <shea@houstonip.com>
**Subject:** Spin Screen, Inc. v. Holofan Co., LLC, Case 2:25-cv-04151-MEMF-AS

Dear Mr. Palavin,

Our firm represents Holofan Co, LLC, and I just called you about Spin Screen's lawsuit referenced above. Please call me back when you are available at 310.251.3096. I look forward to speaking with you.

Regards,

Rich de Bodo
310.251.3096

**Richard de Bodo** | Partner

RIMÔN

o +1 310.943.7301 | m +1 310.251.3096 | rdebodo@rimonlaw.com
Los Angeles Office: 2029 Century Park East, Suite 400N, Los Angeles, CA 90067
DC Office: 1050 Connecticut Ave NW, Suite 500, Washington, D.C.

www.rimonlaw.com | See Our International Offices | Read Our Insights

Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*