HOLOFAN

Book Demo

Explore Displays

0

# Privacy Policy

## Collecting Personal Information

•

•

•

HOLOFAN

Book Demo

Explore Displays

0

- 
- 
- 
- 
- 
- 

## Sharing Personal Information

- 
- 

Behavioural Advertising

HOLOFAN

Book Demo

Explore Displays

0

-
-
-
-
-

## Using Personal Information

HOLOFAN Book Demo Explore Displays 0

## Lawful basis

-
-
-
-
-
-

## Retention

## Automatic decision-making

HOLOFAN Book Demo Explore Displays 0

•

•

# Selling Personal Information

Our Site sells Personal Information, as defined by the California Consumer Privacy Act of 2018 (“CCPA”).

# Your rights

## GDPR

If you are a resident of the EEA, you have the right to access the Personal Information we hold about you, to port it to a new service, and to ask that your Personal Information be corrected, updated, or erased. If you would like to exercise these rights, please contact us through the contact information below.

Your Personal Information will be initially processed in Ireland and then will be transferred outside of Europe for storage and further processing, including to Canada and the United States. For more information on how data transfers comply with the GDPR, see Shopify’s GDPR Whitepaper: **https://help.shopify.com/en/manual/your-account/privacy/GDPR**.

CCPA

HOLOFAN

Book Demo

Explore Displays

0

# Cookies

## Cookies Necessary for the Functioning of the Store

| Name | Function |
| --- | --- |
| _ab | Used in connection with access to adr |
| | |

| | |
|---|---|
| _secure_session_id | Used in connection with navigation |
| cart | Used in connection with shopping cart. |
| cart_sig | Used in connection with checkout. |
| cart_ts | Used in connection with checkout. |
| checkout_token | Used in connection with checkout. |
| secret | Used in connection with checkout. |
| secure_customer_sig | Used in connection with customer login. |
| storefront_digest | Used in connection with customer login. |
| _shopify_u | Used to facilitate updating customer account information. |

HOLOFAN Book Demo Explore Displays 0

## Reporting and Analytics

| Name | Function |
|---|---|
| _tracking_consent | Tracking preferences. |
| _landing_page | Track landing pages |
| _orig_referrer | Track landing pages |
| _s | Shopify analytics. |
| _shopify_fs | Shopify analytics. |

| | |
|---|---|
| _shopify_s | Shopify analytics. |
| _shopify_sa_p | Shopify analytics relating to marketing & referrals. |
| _shopify_sa_t | Shopify analytics relating to marketing & referrals. |
| _shopify_y | Shopify analytics. |
| _y | Shopify analytics. |

## Do Not Track

Please note that because there is no consistent industry understanding of how to respond to "Do Not Track" signals, we do not alter our data collection and usage practices when we detect such a signal from your browser.

## Changes

We may update this Privacy Policy from time to time in order to reflect, for example, changes to our practices or for other operational, legal, or regulatory reasons.

## Contact

For more information about our privacy practices, if you have questions, or if you would like to make a complaint, please contact us by email at 3dholofanco@gmail.com or by mail using the details provided below:

Holofan Co., 110 Fable, Irvine CA 92618, United States

If you are not satisfied with our response to your complaint, you have the right to lodge your complaint with the relevant data pro... protection authority, or our supervis...

HOLOFAN

Book Demo

Explore Displays

0

HOLOFAN

support@holofanco.com

1-800-926-7051

**Store Policies**

Shipping & Returns

Exchanges & Cancellations

Privacy Policy

Terms & Conditions

**Information**

FAQs

Contact us

Affiliate Program

Accessibility Statement

**Sign up and save**

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Email Address

Submit

© 2026 HOLOFAN CO. All rights reserved.