Shea N. Palavan (State Bar No. 339543)
service@houstonip.com
**houstonip**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133

*Attorneys for Plaintiff,*
*Spin Screen, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SPIN SCREEN, INC.**,

*Plaintiff*,

**V.**

**HOLOFAN CO., LLC**,

*Defendant*.

**CASE NO. 2:25-CV-04151**

**(JURY TRIAL DEMANDED)**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE**

Having considered Plaintiff's Response to Order to Show Cause and Motion for Order Permitting Substitute Service, the supporting exhibits, and the record, and good cause appearing, the Court orders:

1. The Order to Show Cause is DISCHARGED.
2. Plaintiff's Motion for Order Permitting Substitute Service is GRANTED.
3. Plaintiff may serve the summons, complaint, and all initiating documents by:
   a. Mailing, via certified mail and first-class mail, to Holofan Co., LLC at 13681 Newport Ave., Ste. 8-710, Tustin, CA 92780; and to Holofan Co., 110 Fable, Irvine CA 92618, United States;
   b. Emailing PDF copies to rdebodo@bartonesq.com or jasonli1994@yahoo.com, and any additional addresses identified in the record; or
   c. Utilizing any Secretary of State–facilitated method of service available for an LLC without an active registered agent, if applicable.
4. Service shall be deemed complete upon the later of three court days after deposit of the mailings

in Paragraph 3(a) and transmission of the emails in Paragraph 3(b).

5. Plaintiff's deadline to complete substitute service and file proof of service is extended to thirty (30) days from this Order.

6. Defendant shall respond to the complaint within twenty-one (21) days after service is deemed complete.

**IT IS SO ORDERED.**

DATED ___________

_____________________________________

**UNITED STATES DISTRICT COURT**